IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINA HOLLENBACH | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| AMERICAN AIRLINES, INC. | : | NO. 18-1804 |

O R D E R

**AND NOW, TO WIT:** 29TH day November, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                  Kate Barkman,  Clerk of Court

                    s/Marie O'Donnell

               **BY:**_____
                  Marie O'Donnell
                 Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON 11/29/2018